App. Div.]                    First Department, June, 1923.

THE WEBSTER APARTMENTS (a Corporation), Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on the Information of NATHANIEL H. HERTSBERGER, Respondent, v. WALTER J. SALMON, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD O'DONNELL, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

In the Matter of OLD WEST FARMS ROAD.— Motion to dismiss appeal granted, without costs. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DOMESTIC REALTY COMPANY v. JOHN P. O'BRIEN, as Corporation Counsel, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

In the Matter of APPLETON AVENUE, MORRIS PARK AVENUE and MAYFLOWER AVENUE.— Motion to dismiss appeal granted, without costs. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

DAVID GOLDBERG v. MAURICE MARKEL.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

WILLIAM H. GIBSON v. STANDARD AUTOMOBILE MUTUAL CASUALTY COMPANY OF NEW YORK.— Motions denied and respondent directed to accept service of record on appeal. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

PAUL H. HARRICH v. HOCHSTETTER-PIERSON PATENTS and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

ALEX HORVITZ and Another v. M. WILLIAM BERMAN and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

GILLETTE & LIVESEY, INC., v. JOAQUIN BALLESTER.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Smith, Merrell, McAvoy, and Martin, JJ.

LUELLA MELUIS v. JULES DAIBER, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

LARRY J. MARGULIES v. DAVID GOLDSTEIN.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

HENRY T. SHELDON v. JAMES H. REID and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.